**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALFREDO RODRIGUEZ RIOS, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil No. 2:26-cv-02630-JLS |
| | : | |
| JOHN RIFE, *et al.*, | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 24ᵗʰ day of April, 2026, **IT IS HEREBY ORDERED** that Respondents shall file any opposition to the request for the petition for a writ of habeas corpus on or before Tuesday, **April 28, 2026, at 5:00 PM**.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge