**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALFREDO RODRIGUEZ RIOS, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil No. 2:26-cv-02630-JLS |
| | : | |
| JOHN RIFE, *et al.*, | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 30th day of April, 2026, upon consideration of Alfredo Rodriguez Rios' ("Petitioner") Petition for Writ of Habeas Corpus (ECF No. 1) and the Government's Response in Opposition to Petition for Writ of Habeas Corpus (ECF No. 3) and the Petitioner's Reply (ECF No. 5), **IT IS HEREBY ORDERED** that the Petition (ECF No. 1) is **GRANTED**[1] as follows:

1. Alfredo Rodriguez Rios is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2);

2. The Government shall **RELEASE** Alfredo Rodriguez Rios from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than 5:00 p.m. ET on May 1, 2026.

---

[1] Petitioner, a noncitizen, crossed the border with his mother without inspection in 2003 when he was five years old. He has remained in the United States since that time. On April 21, 2026, Petitioner was arrested and detained by ICE pursuant to 8 U.S.C. § 1225(b)(2)(A) and placed into removal proceedings. He is currently being detained at the Federal Detention Center in Philadelphia.

Respondents assert that the Petition should be denied because Petitioner is lawfully detained pursuant to 8 U.S.C. § 1225(b)(2)(A) and his detention does not violate constitutional due process. Based on the Court's previous opinions, the decisions of all the judges who have considered the issue in the district, *see e.g.*, *Cantu-Cortes v. O'Neill*, No. 25-cv-6338, 2025 WL 3171639, at *1-2 (E.D. Pa. Nov. 13, 2025), the Court finds Petitioner cannot be detained under § 1225(b)(2)(A). Petitioner's current detention is therefore illegal, and he is entitled to relief. Mr. Rodriguez Rios' petition for a writ of habeas corpus will be granted and he shall be immediately released.

3. If the Government chooses to pursue re-detention of Alfredo Rodriguez Rios pursuant to 8 U.S.C. § 1226(a), it must afford him the process due, including but not limited to a bond hearing upon his request, pursuant to 8 C.F.R. §§ 1236.1 (c)(8), (d)(1), etc.;

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL**
United States District Court Judge